**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 26-1123**

---

In re: EDWARD DANE JEFFUS,

      Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the Middle District of North Carolina, at Greensboro.  (6:92-cr-00184-WO-2; 6:95-cv-00227-NCT)

---

Submitted:  March 26, 2026                                    Decided:  March 30, 2026

---

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Edward Dane Jeffus, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Dane Jeffus petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his objections to the magistrate judge's report recommending construing his Fed. R. Civ. P. 60(b) motion as an unauthorized successive 28 U.S.C. § 2255 motion and dismissing it on that basis. Jeffus seeks an order from this court directing the district court to rule on his objections. Our review of the district court's docket reveals that the district court accepted the magistrate judge's recommendation and dismissed Jeffus's motion by order entered March 2, 2026. *United States v. Jeffus*, No. 6:92-cr-00184-WO-2 (M.D.N.C., PACER Nos. 432, 433). Accordingly, because the district court has recently decided Jeffus's motion, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*